NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOURDEAU BROS, INC.,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**DEERE & COMPANY,**
*Intervenor.*

---

2012-1262

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-487.

---

**JUDGMENT**

---

DAVID P. MIRANDA, Heslin Rothenberg Farley & Mesiti P.C., of Albany, New York, argued for appellant. With him on the brief were NICHOLAS MESITI and BRETT M. HUTTON.

MICHAEL K. HALDENSTEIN, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for appellee. With him on the brief were DOMINIC L. BIANCHI, Acting General Counsel, and WAYNE W. HERRINGTON, Assistant General Counsel.

BASSAM N. IBRAHIM, Buchanan Ingersoll & Rooney, PC, argued for intervenor. With him on the brief were S. LLOYD SMITH and BRYCE J. MAYNARD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, *Circuit Judges* and DAVIS,* *Chief District Judge*).

### AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

| February 20, 2012 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |

---

* Honorable Leonard Davis, Chief Judge, United States District Court for the Eastern District of Texas, sitting by designation.